IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL,<br><br>Plaintiffs/Consolidated Plaintiffs,<br><br>vs.<br><br>LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service, UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>Defendants/Consolidated Defendants. | Lead Case No.<br>CV 19–92–M–DWM<br><br>Member Case No.<br>CV 19–102–M–DWM<br><br>ORDER |

The above-captioned cases were consolidated on August 20, 2019. (Doc. 11.)[1] The lead case, CV 19–92–M–DWM, is a challenge to the North Bridger Forest Health Project on the Custer Gallatin National Forest. The member case, CV 19–102–M–DWM, is a challenge to the Willow Creek Vegetation Management Project on the Helena National Forest. Pending before the Court are motions to dismiss that were filed in each case before the consolidation order issued. Plaintiffs having filed an amended complaint in the member case (Doc. 13) and a response indicating their intent to file an amended complaint in the lead case (Doc. 12),

---

[1] Citations refer to the document number from the lead case.

1

IT IS ORDERED that the motions to dismiss are DENIED as MOOT.

IT IS FURTHER ORDERED that the parties' proposed case management plan, due October 4, 2019 (*see* Doc. 11 at ¶ 2), shall include a deadline for the Plaintiffs to file an amended complaint in the lead case and a subsequent deadline for Defendants to file a responsive pleading or motion. The caption will be updated when the amended complaint is filed in the lead case.

IT IS FURTHER ORDERED that the deadline for Defendants to respond to the amended complaint in the member case is extended to correspond with the deadline the parties set for the lead case in their proposed case management plan. This will ensure that the lead and member cases proceed on the same schedule. The parties are reminded to file a single brief for both cases with all dispositive motions, as instructed in the Court's August 20, 2019 Order. (*See* Doc. 11 at 2.)

DATED this 29th day of August, 2019.

Donald W. Molloy, District Judge
United States District Court