IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, and NATIVE ECOSYSTEMS COUNIL,<br><br>  Plaintiffs/Consolidated Plaintiffs,<br><br>  vs.<br><br>LEANNE MARTEN, et al.,<br><br>  Defendants/Consolidated Defendants. | Lead Case No.<br>CV19-92-M-DWM<br><br>Member Case No.<br>CV 19-102-M-DWM<br><br>JUDGMENT |

This action came before the Court for determination on the record. A decision has been rendered.

In accordance with the Court's Order and Opinion filed this date (Doc. 39), IT IS ORDERED AND ADJUDGED, that summary judgment is granted in favor of Defendants on Claims Two and Three of the Lead Case and Count 2 of the Member Case.

Claim One of the Lead Case and Counts 1 and 5 of the Member Case are DISMISSED because Alliance failed to address them at summary judgment.

Counts 3, 4, and 6 of the Member Case are DISMISSED for lack of subject matter jurisdiction because Alliance failed to raise them in its 60-Day notices of intent to sue. This case is now closed.

Dated this 3rd day of June, 2020.

TYLER P. GILMAN, CLERK
By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk